UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RYAN T. KILBY

v.  CA 14-217 ML

JOHNSON & WALES UNIVERSITY

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan (Docket #3). Plaintiff has filed a letter which simply repeats the statements asserted in his "Complaint," which Magistrate Judge Sullivan found to be deficient. This Court agrees with the Magistrate Judge's assessment.

Accordingly, the matter is dismissed without prejudice.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
May 27, 2014